FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0436

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0436

_____

IN RE THE PARENTING OF E.O.

SIVANA F. CORPRON,

      Petitioner and Appellee,

                                      O R D E R

    v.

DANIEL T. O'GORMAN,

      Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed electronically on October 30, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(7) requires redaction of confidential personal information, including "information that is not to be accessible to the public pursuant to state or federal law." Appellant's Opening Brief relies on CFS investigatory information and quotes directly to a CFS document without redaction. Information from this CFS investigation is not accessible to the public pursuant to § 41-3-205, MCA, and must be redacted. Appellant may choose to file an unredacted version of his Opening Brief with the Clerk of Court under seal under M. R. App. P. 10(7)(b).
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule[s] and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
October 31 2024